83,401-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

Cover Sheet
No. 83401-01

Brian D. Hill - Relator

vs

Chris Daniel - Harris County
District ~~Court~~ Clerk - Respondent

In the Texas
Court of
Criminal Appeals

<u>Objections</u> to Respondent Chris
Daniel's submission of a Supplemental Clerks
Record not agreed upon and submission to
Court of Criminal Appeals without providing or serving
Relator Hill with a copy of Record.

Return Address

Brian D. Hill #1681080
Ellis Unit
1697 Fm 980
Huntsville, Tx 77343

* Enclosed is copy of <u>Objection</u> sent to Court of
Criminal Appeals in Austin, Tx

Brian D. Hill - Relator
vs
Chris Daniel - Harris County
District Clerk - Respondent

**#** 83401-01

X
>
>
>

In the Texas
Court of Criminal
Appeals

<u>Objections</u> to Respondents Chris Daniel's
<u>submission of a supplement clerk's Record to</u>
present to the Court of Criminal of Appeals ~~without~~ And without
providing or serving Relator with a copy in the matter
to be Resolved

## I

Hill was served from Ellis Unit mailroom 7/28/15
a white card from the Court of Criminal Appeals stating 'the
supplemental clerk's Record in Response to the order issued by
this Court has been recieved and presented to the Court'
dated 7-16-15 by Clerk Abel Acosta

                    states
Hill ~~replies~~ ~~alleges~~ that the Respondent was given
many options and ways to Respond to this order 1) being to submit
the Record on such Habeous Corpus Application (not just a supple-
mental clerk's Record) which could be any part of the entire 1238827A
Habeous Corpus Record), 2) submit timely filed order designating
issues to be investigated 3) state that Relator has not sent or sub-
mitted a Record at all. Chris Daniel Responded by sending a
supplemental clerk's Record to the Court without performing a service
to Hill providing him with copies of what the supplemental clerks
Record is. Hill has no idea what Daniel's supplemental clerks Record
consist of or why it is a supplemental and not the entire 11.07
1238827A writ Record or for it being a supplement what has been
added, replaced or omitted from the original 1238827A, supplement
errors (4) and (2) memorandums ~~mailed~~ submitted by Hill

P 1 of 3

## Objections (continued)

The purpose of service is to notify all parties involved of the record and of any intrusions or changes according to Texas Rules of Appellate Proc. 52.7 (c) so that in Hill's case he may object and Hill does object to no service and to a supplemental clerk's record likely consisting of ommissions and additions not agreed upon by both parties that has been submitted to the Court.

## Conclusion and Remedy

Hill would like to request that Respondent perform service and provide Hill with a copy of the mention Supplemental Clerk's Record mailed to the Court so that he may object and request that Hill's entire 11.07 Habeous Application 1238827A, it's 4 supplement errors (which Hill request supplement errors be heard first) and it's (2) memorandums (one being supplement memorandum) and (4) exhibits, order designating issues signed by Judge Denise Collins June 4, 2013 Along with a findings of facts and conclusions of law all be forw either resolved by trial court or forwarded to Court of Criminal Appeals to be resolved with service Requested of copies Records.

## Sworn Declaration

I, Brian D. Hill residing at Ellis Unit Huntsville, Tx Walker County do swear under oath and penalty for perjury the above is true and correct in the written objection.

Signed: Brian D. Hill  7/29/15

(certificate of service next page)

Objections

## Certificate of Service

I, BRIAN D. Hill, hereby certify that a true and correct copy of above Objections to Respondent's submission of a Supplemental Clerk Record and objection to no service of record to Relator was served on July 30, 2015 by placing copy in the U.S. Mail addressed to Chris Daniel 1200 Franklin, Houston, Texas 77002 on the 30 day of June 2015

signed Brian D. Hill 7-30-15

BRIAN D. Hill #1681080

Ellis Unit

1697 Fm 980

Huntsville, Texas 77343

page 3 of 3